## CONSULTATION

SITE: MCIH
COMPLETED BY: Ben Oteyza, MD     04/25/2011 2:27 PM

(For UM use only)

Criteria Source: M & R     Interqual     Other
Criteria met: Yes     No     Deferred

Reviewer comments:

Recommendation for visit appointment:

# Visits:

UM Review #:
Reviewer Name:
Date Reviewed:

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If servi*
*completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service i*
*necessary and appropriate.*

NAME: POLING, STEVE
NUMBER:
D.O.B.: 07

WEXFORD 000108

EXHIBIT  6

## CONSULTATION

SITE: MCIH
COMPLETED BY: Ben Oteyza, MD     07/25/2011 3:50 PM

Patient: STEVEN POLING          ID#: 354705          DOB: 07/15/1987

3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threa conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

Procedure/Test Requested: MRI, c-spines.vs; consult with orthopedics

Specialty Service Requested: Orthopedics

Signs & Symptoms:                         Date of Onset:
Has been complaining and evaluated for neck pains with radiation down the left arm.  Had several x-rays of the spines in 2009 and 2010 with no significant findings to explain the complaints. This inmate likes to build body mus and has good physique.
On exam, there was good movement of the neck, which he attributes to heavy use of ibuprofen 1200 mgm the morning visit.

Failed Outpatient Therapies:
Failed naproxen, muscle relaxant, indomethacin and neurontin.

Comments     A negative MRI may give a definitive answer to patient's condition. May also consider referral and evaluation by orthopedist.
Inmate implying a suit if not resolved.

Site Medical Provider: Ben Oteyza, MD          07/26/2011

          Copy this form and paste in an email and send form to designated reviewer

(For UM use only)

Criteria Source: M & R     Interqual     Other
Criteria met: Yes     No     Deferred

NAME: POLING, STEVEN DA
NUMBER:  354
D.O.B.: 07/15/1

WEXFORD 000121

## CONSULTATION

SITE: MCIH
COMPLETED BY: Ben Oteyza, MD        07/26/2011 3:50 PM
   Reviewer comments:


Recommendation for visit appointment:


# Visits:

UM Review #:
Reviewer Name:
Date Reviewed:


*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If servi not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if serv still necessary and appropriate.*


NAME: POLING, STEVEN DA
NUMBER: 354
D.O.B.: 07/15/1

**WEXFORD 000122**

CONSULTATION

SITE: MCIH
COMPLETED BY: Emily Staub, PA     08/22/2011 8:58 AM

Patient: STEVEN POLING          ID#: 354705          DOB: 07/15/1967

3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threat conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

Procedure/Test Requested: Evaluation

Specialty Service Requested: Neurology

Presumed Diagnosis:
Cervicalgia                     723.1
HYPERLIPIDEMIA                  272.2

Signs & Symptoms:                Date of Onset:
43 y/o WM who reports pain in the left side of his neck that shoots down his left arm. He reports daily headache well. He reports this pain is constant. He describes the pain as sharp. He reports an injury about 3 years ago he w kicked in the back of the head and neck. Dr. Oteyza reported the ortho consult was declined a couple months ag reports ibuprofen dulls the symptoms. He reports neurontin, baclofen, indomethacin, and nortriptyline has not hel the past. He reports numbness and tingling in the left arm which is constant. He reports weakness in the left arm decreased grip strength. He reports he uses one arm to dress, shower and feed himself because of the pain and weakness in the left arm.

Exam - FROM of the cervical spine noted with tenderness, no spasm; upper ext muscle strength is 4/5 on the left 5/5 on the right, no muscle atrophy noted; unable to fan 3rd, 4th and 5th fingers in the left hand; sensation is dec on the left when compared to the right, reflexes normal

Lab & Xray Data:
8/4/10 C Spine interpretation: There is no evidence of an acute fracture, dislocation or subluxation. Concave infe and superior end plates of C3-C7 unchanged. Alignment intact.

Site Medical Provider: Emily Staub PA     08/22/2011

Copy this form and paste in an email and send form to designated reviewer

NAME: POLING, STEVEN DA
NUMBER: 354
D.O.B.: 07/15/1

WEXFORD 000129

# CONSULTATION

**SITE: MCIH**
**COMPLETED BY: Emily Staub, PA**        **08/22/2011 6:58 AM**

(For UM use only)

Criteria Source: M & R        Interqual        Other
Criteria met: Yes        No        Deferred

Reviewer comments:

Recommendation for visit appointment:

# Visits:

UM Review #:
Reviewer Name:
Date Reviewed:

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If servi
not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if serv
still necessary and appropriate.*

NAME: POLING, STEVEN DA
NUMBER: 354
D.O.B.: 07/15/1

WEXFORD 000130

### ADDENDUM TO ENCOUNTER

SITE: MCIH
COMPLETED BY: Emily Staub, PA        08/25/2011 6:51 AM

The consult was discussed with utilization management on 8/24/11 and the decision was made to refer to PT instead of Neurology.

NAME: POLING, STEVEN DALE
NUMBER:  354705
D.O.B.: 07/15/1987

WEXFORD 000131

## CONSULTATION

SITE: MCIH
COMPLETED BY: Emily Staub, PA        08/25/2011 6:56 AM

**Patient:** STEVEN POLING            ID#: 354705            DOB: 07/15/1967

3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threat conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

Procedure/Test Requested: Evaluation and treat

Specialty Service Requested: Physical Therapy

Presumed Diagnosis:
Cervicalgia                         723.1
HYPERLIPIDEMIA                      272.2

Signs & Symptoms:                    Date of Onset:
43 y/o WM who reports pain in the left side of his neck that shoots down his left arm. He reports daily headaches well. He reports this pain is constant. He describes the pain as sharp. He reports an injury about 3 years ago he w kicked in the back of the head and neck. Dr. Oteyza reported the ortho consult was declined a couple months ag reports ibuprofen dulls the symptoms. He reports neurontin, baclofen, indomethacin, and nortriptyline has not help the past. He reports numbness and tingling in the left arm which is constant. He reprots weakness in the left arm decreased grip strength. He reprots he uses one arm to dress, shower and feed himself because of the pain and weakness in the left arm.

Exam - FROM of the cervical spine noted with tenderness, no spasm; upper ext muscle strength is 4/5 on the left 5/5 on the right, no muscle atrophy noted; unable to fan 3rd, 4th and 5th fingers in the left hand; sensation is deci on the left when compared to the right, reflexes normal

Lab & Xray Data:
8/4/10 C Spine Interpretation: There is no evidence of an acute fracture, dislocation or subluxation. Concave infe and superior end plates of C3-C7 unchanged. Alignment intact.

Site Medical Provider: Emily Staub PA        08/22/2011

Copy this form and paste in an email and send form to designated reviewer

NAME: POLING, STEVEN D/
NUMBER: 354
D.O.B.: 07/15/1

WEXFORD 000132

# CONSULTATION

SITE: MCIH

COMPLETED BY: Emily Staub, PA        06/25/2011 6:56 AM

(For UM use only)

Criteria Source: M & R        Interqual        Other
Criteria met: Yes        No        Deferred


Reviewer comments:   ·


Recommendation for visit appointment:


# Visits:

UM Review #:
Reviewer Name:
Date Reviewed:

Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If serv
not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if serv.
still necessary and appropriate.

NAME: POLING, STEVEN DA
NUMBER:  354
D.O.B.: 07/15/1

WEXFORD 000133

**MARYLAND DPSCS**
**VERBAL ORDER APPROVAL**

FACILITY:                                                SITE: MCIH
COMPLETED BY: Emily Staub, PA on 08/25/2011

The consult was discussed with utilization management on 8/24/11 and approved.

NAME: POLING, STEVEN DALE,
NUMBER:
D.O.B.: 07/15/1967

WEXFORD 000134

## CONSULTATION

SITE: MCIH
COMPLETED BY: Emily Staub, PA     11/01/2011 8:40 AM

    Patient: STEVEN POLING     ID#: 354705     DOB: 07/15/1967

3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threat conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

Procedure/Test Requested: Evaluation (ERD: 5/12/2033)

Specialty Service Requested: Physiatry

Provider: Dr. Shelton

Presumed Diagnosis:
Cervicalgia                   723.1

Signs & Symptoms:                  Date of Onset:
44 y/o WM who reports continued neck pain for the past 3 years despite being on the indomethacin and Neurontin. He reports the pain is getting worse and he has trouble walking at times. He reports he feels drunk. He reports numbness in the left arm and hand. He reports weakness of the upper extremity with the left being worse than the right. He reports the pain is constant and shoots down his left arm x 3 years. He reports daily headaches as well. He reports an injury about 3 years ago he was kicked in the back of the head and neck. He reports ibuprofen dulls the symptoms. He reports neurontin, baclofen, indomethacin, and nortrptyline has not helped in the past. He reports difficulty showering due to the pain.

Musculoskeletal:
FROM of the cervical spine noted with tenderness and spasm; upper ext muscle strength is 4/5 on the left and 5/5 on the right, no muscle atrophy noted; unable to fan 3rd, 4th and 5th fingers in the left hand.
Neurological:
Alert and oriented X 3. Grossly normal intellect.
Biceps deep tendon reflex is 2+ bilaterally.
Brachioradialis deep tendon reflex is 2+ bilaterally.
Triceps deep tendon reflex is 2+ bilaterally.
Comments: sensation is decreased on the left when compared to the right

Lab & Xray Data:
8/4/10 C Spine interpretation: There is no evidence of an acute fracture, dislocation or subluxation. Concave infe superior end plates of C3-C7 unchanged. Alignment intact.

                               NAME: POLING, STEVEN DA
                                   NUMBER: 354
                                   D.O.B.: 07/15/1

WEXFORD 000161

## CONSULTATION

SITE: MCIH
COMPLETED BY: Emily Staub, PA        11/01/2011 8:40 AM

Failed Outpatient Therapies:
Physical Therapy, Neurontin, Amitriptyline, Indomethacin, Tylenol.

Enrolled in Chronic Care Clinic(s)? No

Site Medical Provider: Emily Staub PA        11/01/2011

Copy this form and paste in an email and send form to designated reviewer

(For UM use only)

Criteria Source: M & R        Interqual        Other
Criteria met: Yes        No        Deferred

Reviewer comments:

Recommendation for visit appointment:

# Visits:

UM Review #:
Reviewer Name:
Date Reviewed:

Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If servi
not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if serv
still necessary and appropriate.

NAME: POLING, STEVEN D
NUMBER:  354
D.O.B.: 07/15/1

WEXFORD 000162

### MARYLAND DPSCS
### VERBAL ORDER APPROVAL
FACILITY:                                          SITE: MCIH
COMPLETED BY: Kevin McDonald, PA on 11/02/2011

Consult presented and case reviewed by Utilization Management.  Consult approved for physiatry.

NAME: POLING, STEVEN DALE.
NUMBER:
D.O.B.: 07/15/1967

WEXFORD 000165

## CONSULTATION

SITE: MCIH
COMPLETED BY: Emily Staub, PA        12/07/2011 11:38 AM

Patient: STEVEN POLING            ID#: 354705            DOB: 07/15/1967

3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threa conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

Procedure/Test Requested: MRI of C-Spine

Specialty Service Requested: Radiology

Provider: BSH

Presumed Diagnosis:
Cervicalgia                          723.1

Signs & Symptoms:                                 Date of Onset:
44 y/o WM who reports continued neck pain for the past 3 years despite being on the Indomethacin and Neurontin. He reports the pain is getting worse and he has trouble walking at times. He reports he feels drunk. He reports numbness in the left arm and hand. He reports weakness of the upper extremity with the left being worse than the right. He reports the pain is constant and shoots down his left arm x 3 years. He reports daily headaches as well. He reports an injury about 3 years ago he was kicked in the back of the head and neck. He reports ibuprofen dulls the symptoms. He reports neurontin, baclofen, indomethacin, and nortriptyline has not helped in the past. He reports difficulty showering due to the pain.

The patient was seen by Dr. Shelton on 12/6/11 and diagnosed the patient with cervical radiculitis and paresthesias. He is to try Neruontin 300 mg, PT, and Baclofen 10 mg. Dr. Shelton reports that if this does not work then to consider ESI and cervical MRI. He is to then f/u in 6-8 weeks. The patient has already been on Baclofen and Neurontin without improvement. He has also tried PT without improvement.

Lab & Xray Data:
8/4/10 C Spine interpretation: There is no evidence of an acute fracture, dislocation or subluxation. Concave infer superior end plates of C3-C7 unchanged. Alignment intact.

Site Medical Provider: Emily Staub PA        12/07/2011

Copy this form and paste in an email and send form to designated reviewer

NAME: POLING, STEVEN DA
NUMBER:  354
D.O.B.: 07/15/1

WEXFORD 000177

## CONSULTATION

SITE: MCIH
COMPLETED BY: Emily Staub, PA        12/07/2011 11:38 AM

(For UM use only)

Criteria Source: M & R        Interqual        Other
Criteria met: Yes        No        Deferred

Reviewer comments:

Recommendation for visit appointment:

# Visits:

UM Review #:
Reviewer Name:
Date Reviewed:

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If servi
not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if serv
still necessary and appropriate.*

NAME: POLING, STEVEN D
NUMBER: 354
D.O.B.: 07/16/1

WEXFORD 000178

## CONSULTATION

**SITE: MCIH**
**COMPLETED BY: Emily Staub, PA**      **12/07/2011 11:44 AM**

**Patient: STEVEN POLING**          **ID#: 354705**          **DOB: 07/16/1967**

3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-three conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

Procedure/Test Requested: Cervical Epidural steroid injection

Specialty Service Requested: Physiatry

Provider: BSH - Dr. Shelton

Presumed Diagnosis:
Cervicalgia                              723.1

Signs & Symptoms:                        Date of Onset:
44 y/o WM who reports continued neck pain for the past 3 years despite being on the indomethacin and Neurontin. He reports the pain is getting worse and he has trouble walking at times. He reports he feels drunk. He reports numbness in the left arm and hand. He reports weakness of the upper extremity with the left being worse than the right. He reports the pain is constant and shoots down his left arm x 3 years. He reports daily headaches as well. He reports an injury about 3 years ago he was kicked in the back of the head and neck. He reports Ibuprofen dulls the symptoms. He reports neurontin, baclofen, indomethacin, and nortriptyline has not helped in the past. He reports difficulty showering due to the pain.

The patient was seen by Dr. Shelton on 12/5/11 and diagnosed the patient with cervical radiculitis and paresthesias. He is to try Neruontin 300 mg, PT, and Baclofen 10 mg. Dr. Shelton reports that if this does not work then to consider ESI and cervical MRI. He is to then f/u in 6-8 weeks. The patient has already been on Baclofen and Neurontin without improvement. He has also tried PT without improvement.

Lab & Xray Data:
8/4/10 C Spine interpretation: There is no evidence of an acute fracture, dislocation or subluxation. Concave infer superior end plates of C3-C7 unchanged. Alignment intact.

Site Medical Provider: Emily Staub PA          12/07/2011

Copy this form and paste in an email and send form to designated reviewer

NAME: POLING, STEVEN DA
NUMBER: 354
D.O.B.: 07/16/1

WEXFORD 000179

## CONSULTATION

SITE: MCIH
COMPLETED BY: Emily Staub, PA     12/07/2011 11:44 AM

(For UM use only)

Criteria Source: M & R     Interqual     Other
Criteria met: Yes     No     Deferred

Reviewer comments:

Recommendation for visit appointment:

# Visits:

UM Review #:
Reviewer Name:
Date Reviewed:

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If servi not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if serv still necessary and appropriate.*

NAME: POLING, STEVEN DA
NUMBER: 354
D.O.B.: 07/15/1

WEXFORD 000180

## ADDENDUM TO ENCOUNTER

SITE: MCIH
COMPLETED BY: Emily Staub, PA      12/20/2011 8:12 AM

Case discussed during collegial on 12/14/11 and consult was deferred at this time. They are wanting the patient to have PT with traction first. If this is not capable on-site, he will need to be seen off-site at BSH for this.

NAME: POLING, STEVEN DALE
NUMBER:  354705
D.O.B.: 07/16/1987

WEXFORD 000181

## ADDENDUM TO ENCOUNTER

SITE: MCIH
COMPLETED BY: Emily Staub, PA          02/15/2012 2:12 PM

The consult was discussed with utilization management on 2/15/2012 and deferred at this time. They are requesting for the patient to be examined by Dr. Ali and if he agrees then to represent this patient in collegial.

NAME: POLING, STEVEN DALE
NUMBER:  354705
D.O.B.: 07/15/1967

WEXFORD 000223

**MARYLAND DPSCS**
**VERBAL ORDER APPROVAL**

FACILITY:                                                    SITE: MCIH
COMPLETED BY: Kevin McDonald, PA on 02/22/2012

Consult presented and reviewed with Utilization Management.  Consult approved for MRI brain w and w/o contrat

NAME: POLING, STEVEN DALE,
NUMBER:
D.O.B.: 07/15/1967

WEXFORD 000226

## CONSULTATION

SITE: MCIH INF
COMPLETED BY: Sadik Ali, MD      02/27/2012 10:26 AM

Patient: STEVEN POLING           ID#: 354705           DOB: 07/16/1967

3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):

*For security reasons, Inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threa conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

Procedure/Test Requested: Direct Admit, evaluate & manage accordingly; R/O Multiple sclerosis.

Specialty Service Requested: BSH, Direct admit; Transportation by county medical.

Provider: Dr. Alnafu
Initial Visit or F/U?  Initial Visit

Presumed Diagnosis;
Quadripleg/quadriparesis              3440
Hepatitis C viral w/o hepatic coma    070.5

Signs & Symptoms:                     Date of Onset:
A 44 y/o WM, with progressive weakness of all extremities with tingling pain of few months; the last 3 days, got w
to the point unable to stand and perform his ADL, ended up been admitted to the Infirmary; upon my evaluation k
has quadriparesis, hperreflexie & up going plantars; Direct admit to BSH, for further evaluation & management in
Contacted Dr. Alnafu; discussed the case, to be evaluated by Neurologist, to R/O Multiple sclerosis, and transferi
there by County Medical.

Lab & Xray Data:
As per EPHR

Failed Outpatient Therapies:
YES

Enrolled in Chronic Care Clinic(s)? Yes

Site Medical Provider: Sadik Ali, MD       02/27/2012

Copy this form and paste in an email and send form to designated reviewer

NAME: POLING, STEVEN DA
NUMBER: 354
D.O.B.: 07/15/1

WEXFORD 000262

**CONSULTATION**

SITE: MCIH INF
COMPLETED BY: Sadik Ali, MD          02/27/2012 10:26 AM
(For UM use only)

Criteria Source: M & R          Interqual          Other
Criteria met: Yes          No          Deferred


Reviewer comments:


Recommendation for visit appointment:


# Visits:

UM Review #:
Reviewer Name:
Date Reviewed:

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If servi*
*not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if serv*
*still necessary and appropriate.*

NAME: POLING, STEVEN DA
NUMBER: 354
D.O.B.: 07/15/1

WEXFORD 000263