

{044911.DOCX}

WEXUMRECS000O01

EXHIBIT   10



**Authorization Comments**

354705   / POLING, STEVEN D   710954107
DOB: 07-15-1967   Cat:   Sex: M   Status: T 06-30-2012   Colx N
Case Id   885470818   Auth Id   894740818   Auth Type 04 - CLINIC/ONSITE
Facility/Prov   RYAN PHYSICAL THERAPY   Attending
Beg DOS An/Ac   08-24-2011   /   End DOS An/Ac   /

Authorization Comment

Type
MEDICAL COMMENTS                            Prev   Next

Resolution

Comment
RCVD REQUEST FOR ONSITE PHYSICAL THERAPY DUE TO C/O LEFT SIDED NECK PAIN WITH RADCULOPATHY TO THE RUE. NO IQ CRITERIA FOUND. WAS DISCUSSED IN COLLEGIAL BETWEEN DR SMITH AND PA STAUB, APPROVED.

Update   Cancel

{044911.DOCX}



**Authorization Comments**

354705 / POLING, STEVEN D 710954107
DOB: 07-15-1967  Cat:   Sex: M   Status: T 06-30-2012  Cob: N
Case Id  751731512   Auth Id 763881512   Auth Type 49 - PHYSIATRY
Facility/Prov   CENTER FOR REHAB, PAIN MG   Attending
Beg DOS An/Ac  11-02-2011  /    End DOS An/Ac   /

**Authorization Comment**

Type
MEDICAL COMMENTS                                  Prev  Next

Resolution

Comment
RCVD REQUEST FOR PHYSIATRY EVAL C/O CHRONIC NECK PAIN, NUMBNESS L ARM CANNOT FAN FINGERS 3RD AND 4TH AND 5TH DECREASED ROM FAILED PT NO IQ PRESENTED IN COLLEGIAL BY PA MACDONALD AND REVIEWED AND APPROVED BY DR. SMITH

Update   Cancel

{044911.DOCX}



{044911.DOCX}

WEXUMRECS000004



{044911.DOCX}

WEXUMRECS000O05



## Authorization Comments

**354705** / POLING, STEVEN D  710054107
**DOB:** 07-15-1967  **Cat:**  **Sex:** M  **Status:** T 06-30-2012  **Cobx:** N
**Case Id** 197903053  **Auth Id** 217103053  **Auth Type** ER - A -_EMERGENCY ROOM
**Facility/Prov** MERITUS MEDICAL CENTER, I  **Attending**
**Beg DOS An/Ac** 01-15-2012 / 01-15-2012  **End DOS An/Ac** 01-15-2012 / 01-15-2012

### Authorization Comment

**Type**
MEDICAL COMMENTS

**Resolution**

**Comment**
rcvd fax - IM SENT FROM MCIH TO MMC ER VIA AMBULANCE ON 1/15/2012
ACUTE ABD DISCOMFORT, R/O DIVERTICULOSIS
ER ONLY PER EMAIL FROM REBA MCCUSKER @ MMC

[Update]  [Cancel]

{044911.DOCX}

WEXUMRECS000O06



{044911.DOCX}

WEXUMRECS000O07



{044911.DOCX}

WEXUMRECS000O08



{044911.DOCX}

WEXUMRECS000009