IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **STEVEN POLING** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. RWT 12-cv-0454 |
| | * | |
| **VONNIE MARSCHIK, ET AL.** | * | |
| | * | |
| Defendants. | * | |
| | * | |

## ORDER

Upon consideration of the parties' pretrial motions and argument of counsel, it is, for reasons stated on the record at the Motions Hearing held on September 17, 2015, this 21st day of September, 2015, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendants' Motion for Summary Judgment (ECF No. 100) is hereby **GRANTED** as to Colin Ottey, M.D. and **DENIED** as to Corizon, Inc. and Noor Siddiqui, M.D.; and it is further

**ORDERED**, that Defendant Wexford Health Sources, Inc.'s Motion for Partial Summary Judgment as to Count I (ECF No. 101) is hereby **DENIED**; and it is further

**ORDERED**, that Defendant Ben Oteyza's Motion for Partial Summary Judgment as to Count I (ECF No. 113) is hereby **DENIED**.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE